UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 AUG 16 PM 3:38
SOUTHERN DISTRICT
OF INDIANA

Kurt J Kemp, )
   Petitioner, )
)
v. ) No. _____
)
Curtis Hill, Indiana State Attorney General )
   Respondent. )

1:19-cv-3501 JMS-DML

## Complaint in a Civil Action Pursuant to U.S.C. 28 § 2403(b) Intervention by United States on a State Constitutional Issue

### Parties:
### Petitioner

Petitioner, Kurt J Kemp is a prisoner of the State of Indiana in custody of the Indiana Department of Corrections at the New Castle Correctional Facility in New Castle, Indiana 47362

### Respondent

Curtis Hill, Attorney General for the State Of Indiana.

1.) This is a civil action authorized by U.S.C. 28 § 2403 to challenge the constitutionality of Indiana Code 35-42-4-4(b)(2) a statute of the State Of Indiana. This court has jurisdiction under U.S.C. 28 § 1331 and 1343(a)(3). The Petitioner seeks declaratory relief pursuant to U.S.C. 28 § 2201 and 2202.

   2.) Pursuant to U.S.C. 28 § 2403(b) the Petitioner, Kurt J. Kemp, pro se, gives Notice of a Constitutional Question to the State of Indiana, wherein he challenges the constitutionality of Indiana Code § 35-42-4-4(b)(2) and it's prohibition against "disseminating and/or exhibiting to another person, matter that depicts and or describes sexual conduct by...child..." and Motions this court to intervene on a constitutional question.

   3.) The First Amendment does not permit the government to ban text comments on a collection of images of child pornography as if the comments themselves were child pornography. Under New York v. Ferber, 448, U.S. 747(1982), and Osborne v. Ohio, 495 U.S. 103 (1990), to do so

impermissibly expands Indiana Code § 35-42-4-4(b)(2) to limit constitutionally protected free speech. The State of Indiana prosecutes and convicts citizens for engaging in this type of constitutionally protected activity under Indiana Code § 35-42-4-4(b)(2) and continues to do so.

4.) Indiana Code § 35-42-4-4(b)(2) is over-broad to the extent that it prohibits speech, apart from images of child pornography, that "depicts or describes" sexual conduct by a child.

5.) The statute that the Petitioner challenges, Indiana Code § 35-42-4-4(b)(2), bans the dissemination of matter that "depicts or describes" sexual conduct by children under the age of 18.

6.) The prohibition on matter that describes such conduct sweeps in a vast amount of free speech which is protected by the First Amendment, Ashcroft v. Free Speech Coalition, 535 U.S. 234, 247-248(2002).

7.) The Petitioner challenges the constitutionality of Indiana Code § 35-42-4-4(b)(2) as applied toward speech such as this.

8.) "The distribution of depictions or other depictions of sexual conduct, not otherwise obscene, which do not involve live performance or photographic or other visual reproduction of live performances, retains First Amendment protection." New York v. Ferber, 458 U.S. 764-765.

9.) The State of Indiana may not criminalize speech like this under the rationale of Ferber and Osborne.

10.) The court should hold that speech such as this is outside the reach of that part of Indiana's child exploitation statute, Indiana Code § 35-42-4-4(b)(2).

11.) This question is a matter of public interest because citizens have been, and continue to be prosecuted under Indiana Code § 35-42-4-4(b)(2) and are unconstitutionally convicted and sentenced under this statute which is clearly a manifest injustice.

## Relief Sought

The Petitioner would respectfully ask this court to certify under U.S.C. 28 § 2403 to the Attorney General of The State Of Indiana that a statute (Indiana Code § 35-42-4-4(b)(2)) has been questioned, and intervene, and make a Decision on the Merits. The Petitioner asks the court to find that Indiana Code § 35-42-4-4(b)(2) is unconstitutional, and for any other relief just and proper in this matter.

Respectfully submitted,

_/s/ Kurt J. Kemp_

Kurt J. Kemp, Petitioner, pro se.

I.D.O.C.#266745
I-3-126
P.O. Box A
N.C.C.F.
New Castle, Indiana

## VERIFICATION

I have read the foregoing "**Complaint in a Civil Action Pursuant to U.S.C. 28 § 2403(b) Intervention by United States on a State Constitutional Issue**" and hereby verify that the matters alleged therein are true to the best of my recollection, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed At the New Castle Correctional Facility, New Castle, Indiana on 8/13/19.

                                                                        Kurt J Kemp, Plaintiff, pro se

                                                                        D.O.C. # **266745**
                                                                        I3-126
                                                                        New Castle Correctional Facility
                                                                        P.O. Box A
                                                                        New Castle, IN 47362-1041" and

hereby verify that the matters alleged therein are true to the best of my recollection, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed At the New Castle Correctional Facility, New Castle, Indiana on 8/13/19.

                                                                       Kurt J Kemp, Plaintiff, pro se

                                                                        D.O.C. # **266745**
                                                                        I3-126
                                                                        New Castle Correctional Facility
                                                                        P.O. Box A
                                                                        New Castle, IN 47362-1041

## CERTIFICATE OF AUTHENTICITY

I hereby declare under the penalty of perjury that the foregoing attached documents herewith are true and identical copies of authentic documents.

I hereby submit and enter these documents in support of the motion aforementioned herewith.

DATE 8/13/19                                   Respectfully submitted,

_____
Affiant

**Kurt J Kemp**

D.O.C. # **266745**
I3-126
New Castle Correctional Facility
P.O. Box A
New Castle, IN 47362-1041

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a true and accurate copy of the foregoing **Complaint in a Civil Action Pursuant to U.S.C. 28 § 2403(b) Intervention by United States on a State Constitutional Issue** has been duly served upon the following:

**THE CLERK OF THE U.S. DISTRICT COURT**
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, IN 46204

**The Indiana Attorney General**
5th Floor
302 West Washington Street
Indianapolis, IN 46204


by personally handing the same to the appropriate staff at the New Castle Correctional Facility to be placed in the facility's prison legal mail system and deposit in the United States mail, First-Class postage prepaid, on 8/13/19.

Kurt J Kemp, *Plaintiff, Pro Se*

D.O.C. #266745
New Castle Correctional Facility
P.O. Box A
New Castle, IN 47362-1041