UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KURT J. KEMP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:19-cv-3501-JMS-DML |
| | ) |
| CURTIS HILL, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** and **DISMISSES** Plaintiff's Complaint **WITH PREJUDICE**.

Date: 10/4/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via U.S. Mail to:**

KURT J. KEMP
D.O.C. # 266745
New Castle Correctional Facility - Inmate
1000 Van Nuys Road
New Castle, IN 47362